KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone: (209) 478-2000
Facsimile:  (209) 478-0354

Attorneys for Defendant
NOLITA LUNA, TRUSTEE
OF LUNA FAMILY TRUST

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:14-CV-02438-WBS-DAD |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT AND ORDER** |
| vs. | |
| NOLITA B. LUNA, Trustee: GEORGE MING CHANGE, Trustee; SANDY S. CHANG, Trustee, JANET ZHENYU JU; JACK SHAN JU; and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant Nolita B. Luna, Trustee of Luna Family Trust, through their undersigned counsel, that the Clerk's Entry of Default against defendant Nolita B. Luna, Trustee, filed and entered on February 3, 2015, is hereby vacated.  Good cause exists to vacate the Clerk's Entry of Default on the grounds of neglect and inadvertence by Nolita B. Luna; Ms. Luna is over 80 years old and did not understand that she was required to respond to the Complaint.  Ms. Luna did not see any allegations against herself in the Complaint; therefore, she did not think it was necessary for her to file a response.   The parties also stipulate and agree that defendant Nolita B. Luna may file a response to the Complaint within seven (7) days of the issuance of the Court Order on this Stipulation.

STIPULATION TO SET ASIDE DEFAULT   - 1 -   Case No. 2:14-CV-02438-WBS-DAD

Dated:  February 18, 2015        CENTER FOR DISABILITY ACCESS

//s// *Phyl Grace*

_____
PHYL GRACE
Attorneys for Plaintiff SCOTT JOHNSON


Dated:  February 18, 2015        KROLOFF, BELCHER, SMART,
                                 PERRY & CHRISTOPHERSON

//s// *Velma K. Lim*

_____
VELMA K. LIM
Attorneys for Defendant NOLITA B. LUNA, TRUSTEE OF THE LUNA FAMILY TRUST


**ORDER**

Upon consideration of the foregoing stipulation between the parties and good cause having been shown, IT IS SO ORDERED.


Dated:  February 18, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE