1

2

3

4

5

6
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7

8   SCOTT JOHNSON,                                    ) Case No.: 2:14-CV-02438-WBS-DAD
                                                      )
9          Plaintiff,                                 )
                                                      )
10      v.                                            ) **ORDER**
                                                      )
11  NOLITA B. LUNA, Trustee;                          )
    GEORGE MING CHANG, Trustee;                       )
12  SANDY S. CHANG, Trustee;                          )
    JANET ZHENYU JU;                                  )
13  JACK SHAN JU; and Does 1-10,                      )
                                                      )
14         Defendants.                                )
                                                      )
15                                                    )

16                                  **ORDER**

17

18        The Court hereby vacates all currently set dates, with the expectation that the

19  parties will file a Joint Stipulation for Dismissal within 60 days.  A Status Conference

20  is set in this action on 10/26/2015 at 02:00 PM in Courtroom 5 (WBS) before Senior

21  Judge William B. Shubb , and shall be automatically vacated upon the submission of a

22  stipulated dismissal by the parties.

23  **IT IS SO ORDERED.**

24
    **Dated:  August 6, 2015**
25                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
26

27

Notice of Settlement                -1-                    2:14-CV-02438-WBS-DAD