UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

NOLITA B. LUNA, Trustee;
GEORGE MING CHANG, Trustee;
SANDY S. CHANG, Trustee;
JANET ZHENYUJU;
JACK SHAN JU; and Does 1-10,

    Defendants.

Case: 2:14-CV-02438-WBS-DAD

**ORDER**

## ORDER

Pursuant to the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE